IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAMUEL CLEMENT WENDT,           )
                                )
            Plaintiff,          )
                                )
      v.                        )        1:25CV16
                                )
WARDEN BENJAMIN ANDERSON, et al., )
                                )
            Defendants.         )

## ORDER

On February 5, 2026, the United States Magistrate Judge's Order, Opinion and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 49.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' motions to dismiss or transfer venue (Docs. 13, 21, 30) are DENIED and that Wendt's North Carolina constitutional law claims and his claims asserted on behalf of other inmates are DISMISSED.

                          /s/   Thomas D. Schroeder
March 26, 2026            United States District Judge